IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RYAN PHILIPSEN, | § | No. 5:19–CV–00483–DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| KEVIN NGUYEN, LLC, | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |

ORDER DISMISSING PLAINTIFF'S CLAIMS WITHOUT PREJUDICE

Before the Court is the status of this case. On May 6, 2019, Plaintiff filed a Complaint. (Dkt. # 1.) Summons was issued that same day to Defendant. (Dkt. # 3.) As this is an Americans with Disabilities Act case, the Court ordered that a status conference be immediately scheduled and held before Magistrate Judge Farrer within thirty days of the filing of Defendant's Answer or responsive motion. (Dkt. # 4.) On August 20, 2019, this Court granted Plaintiff a 10-day extension to allow for Defendant to be served with process. Summons was returned executed on August 28, 2019. (Dkt. # 7.) Since that time, Defendant has not filed an answer or other responsive pleading within the time required for such. See Fed. R. Civ. P. 12(a)(1)(A).

On December 16, 2019, this Court ordered Plaintiff to move for an entry of default and a default judgment against Defendant in accordance with Rule

55 of the Federal Rules of Civil Procedure, within twenty-one days of the date of the Court's Order. (Dkt. # 8.) Plaintiff failed to do so.

Local Rule CV-55 states that "[i]f a defendant is in default, the court may require the plaintiff to move for entry of default and a default judgment" and "[i]f the plaintiff fails to do so within the prescribed time, the court may dismiss the action, without prejudice, as to the defendant." W.D. Tex. Local Rule CV-55. Given Plaintiff's failure to move for entry of default within the prescribed time, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**.

**DATED**: San Antonio, Texas, January 8, 2020.

_____
David Alan Ezra
Senior United States Distict Judge